HEDGER TRANSPORTATION Co., INC., Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent, Impleaded with Another.

IRA S. BUSHEY & SONS, INC., Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent, Impleaded with Another.

CATHERINE O'BOYLE et al., as Executors of ANTHONY O'BOYLE, Deceased, Appellants, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent, Impleaded with Another.

(Argued March 7, 1934; decided March 23, 1934.)

516

*Harry D. Sanders* and *William M. Connelly* for Hedger Transportation Co., Inc., et al., appellants.

*Horace L. Cheyney* and *Richard F. Lenahan* for Catherine O'Boyle et al., as executors of Anthony O'Boyle, deceased, appellants.

*Lyman M. Bass* for respondent.

In each case, order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.